## UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
## FLORENCE DIVISION

| | |
|---|---|
| FATIMA ANTOINETTE RHYNES, )<br>As Administrator of the )<br>Estate of Jarvis Omar Hayes. )<br>               Plaintiff, )<br> )<br>VS. )<br> )<br>THE CITY OF MYRTLE BEACH, )<br>A BODY POLITIC, DREW FOX )<br>and JUSTIN LIEBERTH, )<br>               Defendants. )<br>_____ ) | CASE NO: 4:19-cv-2478-SAL-KDW<br><br>**ORDER ALLOWING THE SUBSTITUTION OF THE PLAINTIFF ADMINISTRATOR** |

THIS MATTER comes before the Court on the Motion of the Plaintiff seeking a substitution of the Administrator for the Plaintiff Estate in the above captioned matter.

It appearing to the Court that the Motion is proper and the Defense Counsel consents to same.

Therefore it is ordered, with the consent of counsel for the Defendants, that Cathe C. Henderson, Esquire, is substituted as the Administrator of the Plaintiff Estate with the correct title being **_Cathe C. Henderson, Esquire, Administrator DBN_** pursuant to the Order as signed and filed in the General Court of Justice, Superior Court Division of Guilford County North Carolina and signed on November 18, 2020, the Court that has jurisdiction of the Probate matter of the decedent Plaintiff, Jarvis Omar Hayes. And,

It is further ordered, that the clerk is directed to change the caption to reflect the proper Plaintiff, and the caption henceforth should be styled as **_Cathe C. Henderson, Esquire, Administrator DBN of the Estate of Jarvis Omar Hayes v. The City of Myrtle Beach, A Body Politic, Drew Fox, and Justin Lieberth._**

1

|  |  |
|---|---|
|  | *Kaymani D. West* |
| April 23, 2021 | Kaymani D. West |
| Florence, South Carolina | United States Magistrate Judge |